IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR284 |
| v. | ) | |
| JACK W. DUKE, JR., and JOY L. DUKE, | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED that sentencing for these defendants is rescheduled for:

**Friday, August 3, 2007, at 10 a.m. (Joy Duke)**

**Friday, August 3, 2007, at 10:30 a.m. (Jack Duke)**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 17th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court